IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER, | **Case No.** 25-cv-02637-GPC-BJW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| KHANNA ENTERPRISES VI, LP, | Date:       February 20, 2026 |
| Defendant. | Time:       1:30 p.m. |
| | Location:   Courtroom 12A |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 20, 2026, at 1:30 p.m. or as soon as the matter may be heard in the above-captioned Court, located at 333 West Broadway San Diego, CA 92101, Courtroom 12A, 12th Floor, Plaintiff JAMES ALGER, through his counsel, moves this Court to enter Default Judgment against Defendant KHANNA ENTERPRISES VI, LP.

At the time and place of hearing, Plaintiff will present proof of these matters:

1. On October 6, 2025, Plaintiff filed his Complaint against Defendant;

2. Defendant has not appeared here;

3. Defendant is not a minor or incompetent person, in the military service, or otherwise exempted under the Servicemembers Civil Relief Act.

4. Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the Complaint, to wit: Defendant violated Plaintiff's civil rights under Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12101 to 12213) in that Defendant is the owner and operator of the subject premises, a hotel, which posed barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendant to remove said barriers;

6. Plaintiff is entitled to recover his reasonable attorney's fees, costs, and litigation expenses in the amount of $8,541.03 plus additional attorney fees as a result of Plaintiff's counsel's appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This Motion will be based on this Notice, the attached Memorandum of Points and Authorities, the Declarations and Exhibits filed concurrently, all other pleadings with this Court, and any other evidence presented at the hearing of this

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

2

motion.

Date: December 29, 2025                              ALL ACCESS LAW GROUP


                                                     */s/ Irakli Karbelashvili*
                                                     By IRAKLI KARBELASHVILI, Esq.
                                                     Attorney for Plaintiff JAMES
                                                     ALGER