

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

James Alger

**Plaintiff,**

**V.**

Hotel Managers Group, LLC.;  Khanna
Enterprises VI, LP

**Defendant.**

**Civil Action No.**   26CV2637-GPC-BJW

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment is granted in part.

**Date:**        2/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Petersen

J. Petersen, Deputy